IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**MOLLY DIANNE MASTERS,**

    Plaintiff,

v.

**NANCY A. BERRYHILL,**
Acting Commissioner of Social Security,

    Defendant.

No. 6:16-cv-02338-MO

ORDER GRANTING AWARD OF EAJA FEES, EXPENSES, COSTS

**MOSMAN, J.,**

On March 12, 2018, I entered a Judgment of Remand in this case. [23]. Plaintiff applied for [24], and the Commissioner stipulated to [25], an award of attorney fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), and 28 U.S.C. § 1920. *See Astrue v. Ratliff*, 560 U.S. 586 (2010). Based on that application, it is hereby ordered that EAJA attorney fees of $6,238.22, expenses of $11.80, and costs of $10.90, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in *Ratliff*, shall be paid to the Plaintiff, and mailed to the attorney's office.

IT IS SO ORDERED.

DATED this 18 day of June, 2018.

                                            MICHAEL W. MOSMAN
                                            Chief United States District Judge

1 – OPINION AND ORDER